IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHNNY LEE NICHOLS                                                                                    PLAINTIFF
ADC #115100

v.                                            4:21CV01231-LPR-JTK

POPE COUNTY DETENTION CENTER, et al.                                              DEFENDANTS

## ORDER

Johnny Lee Nichols ("Plaintiff") is an inmate at the Pope County Detention Center. He filed this pro se action under 42 U.S.C. § 1983 alleging violation of his constitutional rights. (Doc. Nos. 1, 2). The Court screened Plaintiff's claims pursuant to the Prison Litigation Reform Act ("PLRA") and found his Complaint (Doc. Nos. 1, 2) failed to state a claim on which relief may be granted. (Doc. No. 7). The Court gave Plaintiff the chance to amend his Complaint, if he wished to do so, to cure the deficiencies. (Id.)

Plaintiff now has filed an Amended Complaint. (Doc. No. 11). In his Amended Complaint, Plaintiff named Officer Westcott as the only Defendant; Plaintiff challenges the search that led to Plaintiff's arrest and conviction, among other allegations of improprieties in the criminal proceedings against him. (Id.). Plaintiff's Complaint, as amended, alleges only violations of his constitutional rights that occurred while Plaintiff was not in custody. As such, the Clerk of the Court is directed to reclassify this lawsuit as a "550" case for internal housekeeping purposes.

IT IS SO ORDERED this 24th day of January, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE