IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY LEE NICHOLS**                                                                                   **PLAINTIFF**

v.                                           **CASE NO: 4:21-CV-01231-LPR**

**POPE COUNTY DETENTION CENTER et al.**                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the text Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 3rd day of March, 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

1